UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HUNT SKANSIE LAND, LLC and RUSH-TALMO LLC, Washington Limited Liability Companies,

    Plaintiffs,

vs.

THE CITY OF GIG HARBOR, A Washington Municipal Corporation; and STEVEN AND JANE DOE EKBERG; DEREK AND JANE DOE YOUNG; JIM AND JANE DOE FRANICH; PAUL AND JANE DOE CONAN; BOB AND JANE DOE DICK; TIMOTHY AND JANE DOE PAYNE; PAUL AND JANE DOE KADZIK; and KEN AND JANE DOE MALICH, All In Their Individual And Marital Capacities As Well As Well As In Steven Ekberg's, Derek Young's, Jim Franich's, Bob Dick's, Timothy Payne's, Paul Conan's, Paul Kadzik's, and Ken Malich's Capacities as Present or Former Members of the Gig Harbor City Council,

    Defendants.

No. 3:10-cv-05027-RBL

ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE ON PLAINTIFFS' MOTION FOR REMAND

NOTE ON MOTION CALENDAR: MARCH 5, 2010

ORDER

THIS MATTER, having come before the Court upon Defendants' Motion for a Continuance to file the brief in opposition to the Plaintiffs' Motion for Remand and to abstain

on March 8, 2010 and for the Court to consider the Motion for Remand on March 12, 2010, and the Court having considered Defendants' motion, reviewed the records and files herein, and being fully advised of the premises; it is now hereby:

ORDERED ADJUDGED AND DECREED:

1. The Defendants' Motion is Granted; and

2. The Defendants may file their brief in Opposition to the Plaintiffs' Motion for Remand on March 8, 2010 and the Court will consider the Plaintiffs' Motion on March 12, 2010.

SO ORDERED this 4th day of March, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

MORRIS & TARADAY, P.C.

/s/_____
Carol A. Morris, WSBA #19241
Jeffrey B. Taraday, WSBA#28182
Attorneys for Defendants

Notice of Presentation Waived,
Approved as to form:

_____
Patrick A. Palace
Attorneys for plaintiffs